UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60651-Civ-SCOLA/ROSENBAUM

DYANARA RIVERA,

    Plaintiff,
vs.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CASE has been **DISMISSED with prejudice** by the Plaintiff pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(i).  *See* Plaintiff's Notice of Voluntary Dismissal with Prejudice (ECF No. 5).  The Court shall retain jurisdiction for a period of **twenty (20) days** to enforce the terms of the parties' settlement agreement.  The Clerk is directed to **CLOSE** this case.  All pending motions, if any, are **DENIED as moot.**

**DONE and ORDERED** in chambers, at Miami, Florida, on June 19, 2012.

                                        ROBERT N. SCOLA, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Designated U.S. Magistrate Judge
Counsel of Record